# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

RONALD MONTOYA,

      Plaintiff,

vs.

                                Case No. 2:14-cv-01009-KG-CG

PROGRESS RAIL SERVICES
CORPORATION,

      Defendant.

## ORDER

The Court having reviewed Defendant's Stipulation to Extend Deadline for Defendant to File Its Response to Plaintiff's Motion for Summary Judgment, and good cause appearing therefor,

IT IS HEREBY ORDERED granting Defendant's Stipulation. Defendant may have an extension up to and including October 30, 2015, to file its Response to Plaintiff's Motion for Summary Judgment.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE