UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RONALD MONTOYA,

       Plaintiff,

vs.

                             Case No. 2:14-cv-01009-KG-CG

PROGRESS RAIL SERVICES
CORPORATION,

       Defendant.

## ORDER

The Court having reviewed Defendant's Unopposed Motion For Page Extension For Reply In Support Of Motion For Summary Judgment, and good cause appearing therefor,

IT IS HEREBY ORDERED granting Defendant's Unopposed Motion. Defendant's Reply In Support Of Motion For Summary Judgment may exceed by 11 pages the page limit for reply brief set forth in D.N.M.L.R.-Civ. 7.5.

                                                                                                _____
                                                                   UNITED STATES DISTRICT JUDGE